UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

REGINALD MCFADDEN, 95-A-6279,

                      Plaintiff,                          **SUGGESTION OF DEATH**

        -vs-

                                                            **20-CV-06934**

JOHN MORLEY, MD, DOCCS, DOHS MC, ET AL.,

                      Defendants.

_____

       Defendants, by their attorney, Letitia James, Attorney General of the State of New York,

Muditha Halliyadde, Assistant Attorney General, of counsel, suggest upon the record, pursuant to

Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of the plaintiff, Reginald

McFadden on March 6, 2023, pursuant to records maintained by the New York State Department

of Corrections and Community Supervision attached hereto as Exhibit A, during the pendency of

this action.

       THIS SUGGESTION OF DEATH IS INTENDED TO COMMENCE THE NINETY

DAY PERIOD IN WHICH THE PARTY MAY BE SUBSTITUTED.

Dated:  March 9, 2023

                                       LETITIA JAMES
                                       Attorney General of the State of New
                                       York Attorney for Defendants

                                 *s/Muditha Halliyadde*
                                       MUDITHA HALLIYADDE
                                       Assistant Attorney General of Counsel
                                       NYS Office of the Attorney General
                                       144 Exchange Boulevard, Suite 200
                                       Rochester, New York 14614
                                       Telephone: (585) 546-7430
                                       Muditha.Halliyadde@ag.ny.gov

# EXHIBIT A

## Department of Corrections and Community Supervision

**Find an offender → Incarcerated Lookup**

## Incarcerated Lookup

[Start a New Search](#)

# MCFADDEN, REGINALD

**DIN:    95A6279**

| Race/Ethnicity: | Date of Birth: | (age): |
|---|---|---|
| BLACK | ██████ | 70 years old |

| | |
|---|---|
| **Custody Status:** | DISCHARGED |
| **Housing / Releasing Facility:** | WENDE |
| **County of Commitment:** | ROCKLAND |
| **Date Received (original):** | 09/07/1995 |
| **Date Received (current):** | 09/07/1995 |
| **Admission Type:** | |
| **Latest Release Date / Type (Released Only):** | 03/06/23 DECEASED |

**Crimes of Conviction:**   If all crime fields below contain data, there may be additional crimes not shown here. The crimes shown here are those with the longest sentences as of 03/08/2023)

| Crime | Class |
|---|---|
| RAPE 1ST | B |
| BURGLARY 1ST | B |
| ROBBERY 1ST | B |
| AGGRAVATED SEXUAL ABUSE 1ST | B |

## Sentence Terms and Release Dates

Under certain circumstances, an incarcerated may be released prior to serving their minimum term and before the earliest release date shown for the individual. As of 03/08/2023

| | |
|---|---|
| **Aggregate Minimum Sentence** | 89 Years, 10 Months, 0 Days |
| **Aggregate Maximum Sentence** | LIFE |
| **Earliest Release Date** | |
| **Earliest Release Type** | |
| **Parole Interview Date** | 04/2084 |
| **Parole Interview Type** | INITIAL RELEASE APPEARANCE |
| **Parole Eligibility Date** | 08/02/2084 |
| **Conditional Release Date** | NONE |

Case 6:20-cv-06934-FPG     Document 29     Filed 03/09/23     Page 4 of 5

**Maximum Expiration Date**                              LIFE

**Maximum Expiration Date for Parole Supervision**

**Post Release Supervision Maximum Expiration Date**

**Parole Board Discharge Date**

Information Data Definitions are provided for most of the elements listed above.

**Department of Corrections and Community Supervision**          **Accessibility**     **Contact**     **Disclaimer**

**Language Access**     **Privacy Policy**                                     f          🐦          ▶

## CERTIFICATE OF SERVICE

I certify that on March 9, 2023, I electronically filed the foregoing Suggestion of Death

with the Clerk of the District Court using CM/ECF system, which sent notification of such filing

to the following:

1.    n/a

And, I hereby certify that I have mailed, by the United States Postal Service, the

document to the following non-CM/ECF participant(s):

Reginald McFadden, 95A6279
Wende Correctional Facility
3040 Wende Rd
Alden, NY 14004-1187

LETITIA JAMES
Attorney General of the State of New
York Attorney for Defendants

*s/Muditha Halliyadde*
MUDITHA HALLIYADDE
Assistant Attorney General of Counsel
NYS Office of the Attorney General
144 Exchange Boulevard, Suite 200
Rochester, New York 14614
Telephone: (585) 546-7430
Muditha.Halliyadde@ag.ny.gov